**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TERRY L. HALL, SR.**                                                                     **PLAINTIFF**

**v.**                                             **CASE NO. 4:11CV00061**

**WELSPUN TUBULAR LLC**                                                       **DEFENDANT**

## ORDER

Defendant Welspun Tubular LLC's motion to strike [Doc. No. 23] is denied. To the extent that plaintiff's addendum states an additional claim, Welspun has twenty days to file a responsive pleading. Plaintiff is hereby warned that he must comply with the Federal Rules of Civil Procedure and this district's Local Rules and that continued failure to do so will not be excused simply because he is proceeding *pro se*.

IT IS SO ORDERED this 12th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE